FILED: February 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2082 (L)
(1:21-cv-01323-SAG)

_____

ANNE ARUNDEL COUNTY MARYLAND

        Plaintiff - Appellee

v.

BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.;
CROWN CENTRAL LLC; CROWN CENTRAL NEW HOLDINGS LLC;
ROSEMORE, INC.; CHEVRON CORP.; CHEVRON U.S.A. INC.; EXXON
MOBIL CORP.; EXXONMOBIL OIL CORPORATION; AMERICAN
PETROLEUM INSTITUTE; SHELL PLC, f/k/a Royal Dutch Shell plc; SHELL
USA, INC., f/k/a Shell Oil Company; CITGO PETROLEUM CORP.;
CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66;
PHILLIPS 66 COMPANY; MARATHON OIL COMPANY; MARATHON OIL
CORPORATION; MARATHON PETROLEUM CORPORATION; SPEEDWAY
LLC; HESS CORP.; CNX RESOURCES CORPORATION; CONSOL ENERGY,
INC.; CONSOL MARINE TERMINALS LLC

        Defendants - Appellants

_____

No. 22-2101
(1:21-cv-00772-SAG)

_____

CITY OF ANNAPOLIS, MARYLAND

      Plaintiff - Appellee

v.

BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.;
CROWN CENTRAL LLC; CROWN CENTRAL NEW HOLDINGS LLC;
CHEVRON CORP.; CHEVRON U.S.A. INC.; EXXON MOBIL CORP.;
EXXONMOBIL OIL CORPORATION; SHELL PLC, f/k/a/ Royal Dutch Shell
plc); SHELL USA, INC., f/k/a Shell Oil Company; CITGO PETROLEUM
CORPORATION; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY;
PHILLIPS 66; PHILLIPS 66 COMPANY; MARATHON OIL COMPANY;
MARATHON OIL CORPORATION; MARATHON PETROLEUM
CORPORATION; SPEEDWAY LLC; HESS CORPORATION; CNX
RESOURCES CORPORATION; CONSOL ENERGY, INCORPORATED;
CONSOL MARINE TERMINALS LLC; AMERICAN PETROLEUM
INSTITUTE; ROSEMORE, INC.

      Defendants - Appellants

————————————————

J U D G M E N T

————————————————

In accordance with the decision of this court, the orders of the district court
are affirmed.

This judgment shall take effect upon issuance of this court's mandate in
accordance with Fed. R. App. P. 41.

      /s/ NWAMAKA ANOWI, CLERK