Nos. 22-2082, 22-2101

———————————————

# United States Court of Appeals for the Fourth Circuit

———————————————

ANNE ARUNDEL COUNTY MARYLAND,

*Plaintiff-Appellee,*

v.

BP P.L.C., *et al.*,

*Defendants-Appellants.*

———————————————

Appeal from the United States District Court
for the District of Maryland, No. 1:21-cv-01323-SAG
(The Honorable Stephanie A. Gallagher)

———————————————

CITY OF ANNAPOLIS, MARYLAND,

*Plaintiff-Appellee,*

v.

BP P.L.C., *et al.*,

*Defendants-Appellants.*

———————————————

Appeal from the United States District Court
for the District of Maryland, No. 1:21-cv-00772-SAG
(The Honorable Stephanie A. Gallagher)

———————————————

**DEFENDANTS-APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

———————————————

Thomas G. Hungar
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500
thungar@gibsondunn.com

Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
tboutrous@gibsondunn.com

*Counsel for Defendants-Appellants Chevron Corporation and Chevron U.S.A. Inc.*
[*Additional counsel listed on signature page*]

Defendants-Appellants respectfully move for a 14-day extension of time in which to file their petition for panel rehearing and rehearing en banc. Counsel for Defendants-Appellants have conferred with counsel for Plaintiffs-Appellees regarding this motion, and Plaintiffs-Appellees do not oppose this request.

Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time to file "[f]or good cause," and Local Rule 40(c) provides that an extension of time to file a petition for rehearing may be granted for "an extraordinary circumstance wholly beyond the control of counsel."

On February 26, 2024, this Court, considering this consolidated appeal of two separate actions, affirmed the district court's remand of the actions to the Maryland state courts. Defendants-Appellants' petition for panel rehearing and rehearing en banc is currently due on March 11, 2024. Defendants-Appellants respectfully request a 14-day extension of time, until March 25, 2024, in which to file a petition for panel rehearing and rehearing en banc.

Good cause and extraordinary circumstances support Defendants-Appellants' request for an extension of time. This appeal encompasses

important issues of federal jurisdiction, including whether claims seeking redress for harms allegedly caused by the use of oil and gas produced and supplied at the direction of the federal government give rise to federal-officer-removal jurisdiction. Defendants-Appellants are currently evaluating whether to seek further review of this Court's decision, including on the ground that the Court's decision conflicts with the Seventh Circuit's decision in *Baker v. Atlantic Richfield Co.*, 962 F.3d 937, 944–45 (7th Cir. 2020) (holding that removing defendants "d[o] not need to allege 'that the complained-of conduct *itself* was at the behest of a federal agency'"; it is sufficient "'that the allegations are directed at the relationship' between the [defendants] and the federal government.").

Extraordinary circumstances beyond the control of counsel exist here because Defendants-Appellants in this matter comprise twenty-six distinct entities represented by twenty separate law firms, all of whom must confer with their clients and each other to determine whether to file a petition for panel rehearing and rehearing en banc, and then, if the decision is made to file such a petition, to prepare a joint petition acceptable to all participating parties. This coordination among many parties requires additional time, and will be especially challenging given

preexisting deadlines in other climate-change-related cases in which many of the Defendants-Appellants in this matter, and their counsel, are involved.

For the foregoing reasons, Defendants-Appellants respectfully move the Court to extend the deadline for their petition for panel rehearing and rehearing en banc by 14 days, until March 25, 2024. This request for an extension of time is not made for delay, and no party will be prejudiced if it is granted.

March 6, 2024

Respectfully submitted,

/s/ David B. Hamilton
David B. Hamilton
William F. Kiniry, III
DLA PIPER LLP (US)
650 South Exeter Street
11th Floor
Baltimore, MD 21202-4200
Telephone: (410) 580-4120
Facsimile: (410) 580-3001
Email:
david.hamilton@us.dlapiper.com
Email: william.kiniryiii@us.dlapiper.com

De'Ericka Aiken
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
E-mail: ericka.aiken@wilmerhale.com

Matthew J. Peters
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
E-mail: matthew.peters@lw.com

Steven M. Bauer
Katherine A. Rouse
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: katherine.rouse@lw.com

Jameson R. Jones
Daniel R. Brody
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
E-mail: jameson.jones@bartlit-beck.com
E-mail: dan.brody@bartlit-beck.com

/s/ Ty Kelly Cronin
Ty Kelly Cronin
Alison C. Schurick
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
Telephone: (410) 862-1049
Facsimile: (410) 547-0699
E-mail: tykelly@bakerdonelson.com
E-mail: aschurick@bakerdonelson.com

/s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.
William E. Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail: tboutrous@gibsondunn.com
E-mail: wthomson@gibsondunn.com

Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
E-mail: aneuman@gibsondunn.com

Thomas G. Hungar
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
E-mail: thungar@gibsondunn.com

Joshua D. Dick
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email: jdick@gibsondunn.com

*Attorneys for Defendants-Appellants
Chevron Corporation and Chevron
U.S.A. Inc.*

4

*Attorneys for Defendants-*
*Appellants ConocoPhillips and*
*ConocoPhillips Company*

/s/ *Steven M. Bauer*
Steven M. Bauer
Katherine A. Rouse
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: katherine.rouse@lw.com

Matthew J. Peters
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
E-mail: matthew.peters@lw.com

*Attorneys for Defendants-Appellants*
*Phillips 66 and Phillips 66 Company*

/s/ *Martha Thomsen*
Martha Thomsen
Megan H. Berge
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001-5692
Telephone: (202) 639-7863
Facsimile: (202) 508-9329
E-mail: martha.thomsen@bakerbotts.com
E-mail: megan.berge@bakerbotts.com

J. Scott Janoe
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
E-mail: scott.janoe@bakerbotts.com

*Attorneys for Defendant-Appellant Hess Corp.*

6

/s/ Brian D. Schmalzbach
Brian D. Schmalzbach
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746
Facsimile: (804) 698-2304
E-mail: bschmalzbach@mcguirewoods.com

Ava E. Lias-Booker
MCGUIREWOODS LLP
500 E. Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Telephone: (410) 659-4400
Facsimile: (410) 659-4599
E-mail: alias-booker@mcguirewoods.com

Melissa O. Martinez
MCGUIREWOODS LLP
500 E. Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Telephone: (410) 659-4400
Facsimile: (410) 659-4599
E-mail: mmartinez@mcguirewoods.com

*Attorneys for Defendant-Appellant American
Petroleum Institute*


/s/ David C. Frederick
David C. Frederick
Daniel S. Severson
KELLOGG, HANSEN, TODD, FIGEL
    & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: dfrederick@kelloghansen.com
E-mail: dseverson@kelloghansen.com

*Attorneys for Defendants-Appellants Shell plc
(f/k/a Royal Dutch Shell plc) and Shell USA,
Inc. (f/k/a Shell Oil Company)*

/s/ Tracy A. Roman
Tracy A. Roman
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
E-mail: troman@crowell.com

Honor R. Costello
CROWELL & MORING LLP
590 Madison Avenue, 20th Fl.
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
E-mail: hcostello@crowell.com

*Attorneys for Defendants-Appellants
CONSOL Energy Inc. and CONSOL
Marine Terminals LLC*


/s/ Noel J. Francisco
Noel J. Francisco
David M. Morrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-mail: njfrancisco@jonesday.com
E-mail: dmorrell@jonesday.com

David C. Kiernan
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: dkiernan@jonesday.com

*Attorneys for Defendant-Appellant CNX
Resources Corp.*

7

/s/ Thomas K. Prevas

Thomas K. Prevas
SAUL EWING ARNSTEIN & LEHR LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359
Telephone: (410) 332-8683
Facsimile: (410) 332-8123
E-mail: thomas.prevas@saul.com

*Attorneys for Defendants-Appellants
Crown Central LLC, Crown Central New
Holdings LLC, and Rosemore, Inc.*


/s/ Warren N. Weaver

Warren N. Weaver
WHITEFORD TAYLOR &
PRESTON LLP
7 Saint Paul Street., Suite 1400
Baltimore, MD 21202
Telephone: (410) 347-8757
Facsimile: (410) 223-4177
E-mail: wweaver@wtplaw.com

EIMER STAHL LLP
Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
E-mail: neimer@eimerstahl.com
E-mail: phanebutt@eimerstahl.com
E-mail: lmeyer@eimerstahl.com

Robert E. Dunn
99 S. Almaden Blvd. Suite 642
San Jose, CA 95113
Telephone: (408) 889-1690
E-mail: rdunn@eimerstahl.com

*Attorneys for Defendant-Appellant CITGO
Petroleum Corporation*

/s/ Craig A. Thompson

Craig A. Thompson
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7605
Facsimile: (410) 244-7742
E-mail: cathompson@venable.com

Theodore V. Wells, Jr.
Daniel J. Toal
Yahonnes Cleary
Caitlin E. Grusauskas
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3089
Facsimile: (212) 492-0089
E-mail: twells@paulweiss.com
E-mail: dtoal@paulweiss.com
E-mail: ycleary@paulweiss.com
E-mail: cgrusauskas@paulweiss.com

*Attorneys for Defendants-Appellants Exxon
Mobil Corporation and ExxonMobil Oil
Corporation*

8

/s/ *John B. Isbister*
John B. Isbister
Jaime W. Luse
TYDINGS & ROSENBERG LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460
E-mail: jisbister@Tydings.com
E-mail: jluse@Tydings.com

ARNOLD & PORTER KAYE
SCHOLER LLP
Nancy Milburn
Diana Reiter
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
E-mail: nancy.milburn@arnoldporter.com
E-mail: diana.reiter@arnoldporter.com

John D. Lombardo
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@arnoldporter.com

Jonathan W. Hughes
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3156
Facsimile: (415) 471-3400
E-mail: jonathan.hughes@arnoldporter.com

*Attorneys for Defendants-Appellants BP plc,*
*BP America Inc., and BP Products North*
*America Inc.*

/s/ *Mark S. Saudek*
Mark S. Saudek
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201
Telephone: (410) 347-1365
Facsimile: (410) 468-2786
E-mail: msaudek@gejlaw.com

Robert Reznick
ORRICK, HERRINGTON
& SUTCLIFFE, LLP
1152 15th Street NW
Washington, DC 20005
Telephone: (202) 339-8600
Facsimile: (202) 339-8500
E-mail: rreznick@orrick.com

James Stengel
ORRICK, HERRINGTON
& SUTCLIFFE, LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
E-mail: jstengel@orrick.com

*Attorneys for Defendants-Appellants Marathon*
*Oil Corporation and Marathon Oil Company*

*/s/ Shannon S. Broome*
Shannon S. Broome
Ann Marie Mortimer
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
E-mail: SBroome@HuntonAK.com
E-mail: AMortimer@HuntonAK.com

Shawn Patrick Regan
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
E-mail: SRegan@HuntonAK.com

*Attorneys for Defendants-Appellants*
*Marathon Petroleum Corporation and*
*Speedway LLC*

10

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this consent motion complies with the applicable typeface, type-style, and type-volume limitations. This motion was prepared using a proportionally spaced type (New Century Schoolbook, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this consent motion contains 449 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this brief.

/s/ *Theodore J. Boutrous Jr.*
Theodore J. Boutrous, Jr.

GIBSON, DUNN & CRUTCHER LLP

*Attorney for Defendants-Appellants*
*Chevron Corp. and Chevron U.S.A.*
*Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Theodore J. Boutrous Jr.
Theodore J. Boutrous, Jr.

GIBSON, DUNN & CRUTCHER LLP

*Attorney for Defendants-Appellants*
*Chevron Corp. and Chevron U.S.A.*
*Inc.*