# U.S. COURT OF APPEAL FOR THE FOURTH CIRCUIT BILL OF COSTS FORM
(Civil Cases)

**Directions:** Under FRAP 39(a), the costs of appeal in a civil action are generally taxed against appellant if a judgment is affirmed or the appeal is dismissed. Costs are generally taxed against appellee if a judgment is reversed. If a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed as the court orders. A party who wants costs taxed must, within 14 days after entry of judgment, file an itemized and verified bill of costs, as follows:
• Itemize any fee paid for docketing the appeal. The fee for docketing a case in the court of appeals is $600 (effective 12/1/2023). The $5 fee for filing a notice of appeal is recoverable as a cost in the district court.
• Itemize the costs (not to exceed $.15 per page) for copying the necessary number of formal briefs and appendices. (The court typically orders 4 copies when tentatively calendared; 0 copies for service unless brief/appendix is sealed.). The court bases the cost award on the page count of the electronic brief/appendix. Costs for briefs filed under an informal briefing order are not recoverable.
• Cite the statutory authority for an award of costs if costs are sought for or against the United States. See 28 U.S.C. § 2412 (limiting costs to civil actions); 28 U.S.C. § 1915(f)(1) (prohibiting award of costs against the United States in cases proceeding without prepayment of fees).
Any objections to the bill of costs must be filed within 14 days of service of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

Case Number & Caption: 22-2082 (L), Anne Arundel County Maryland v. BP P.L.C.

Prevailing Party Requesting Taxation of Costs: Plaintiffs-Apellees

| Appellate Docketing Fee (prevailing appellants): | | Amount Requested: | | | Amount Allowed: | |
|---|---|---|---|---|---|---|
| **Document** | **No. of Pages** | | **No. of Copies** | | Page Cost (≤$.15) | **Total Cost** | |
| | Requested | Allowed (court use only) | Requested | Allowed (court use only) | | Requested | Allowed (court use only) |
| 102 | 79 | | 1 | | 11.85 | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL BILL OF COSTS:** | | | | | | $11.85 | $11.85 OK |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per copy or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 permits an award of costs.
3. I declare under penalty of perjury that these costs are true and correct and were necessarily incurred in this action.

**Signature:** _/s/ Victor Sher_    **Date:** March 11, 2024

**Certificate of Service**

I certify that on this date I served this document as follows:

**Signature:** _/s/ Victor Sher_    **Date:** March 11, 2024



**77 Battery Street, Suite 200**
**San Francisco, CA  94111**

Phone:  415-986-0111
Tax I.D. #  94-3173178

# Invoice

**Invoice Number**
SF23-040115

**Invoice Date**
Apr 21, 2023

**Bill To:**   SHER EDLING LLP
100 Montgomery Street
Suite #1410
San Francisco, CA  94104

| Client Matter | Project Description | Payment Terms from Inv. Date ||
|---|---|---|---|
| Climate-Annapol | Blowbacks | Net 30 Days ||
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Gil Cuesta | Oni Strawn | 4/19/23 | 4/19/23 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 80 | 1 Set of B/W Blowbacks w/assembly | | |
| 1 | All Inclusive Above | 50.0000 | 50.00 |
| 1 | Velo Bind | 6.0000 | 6.00 |

Subtotal    56.00
Sales Tax    4.83
Total Invoice Amount    60.83
Payment/Credit Applied
**TOTAL    60.83**

Received By: _____

*1.5% per month Finance Charge on Past Due Invoice*